UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARET MASON,
an individual,

      Plaintiff,

V.                                            CASE NO.: _____

GE CAPITAL RETAIL BANK,
f/k/a GE MONEY BANK,
a savings association, and JACOB
LAW GROUP, PLLC, a foreign limited
liability company,

      Defendants.
_____/

## NOTICE OF REMOVAL

TO:    Judges of the United States District Court
         Middle District of Florida
         Tampa Division

      COMES NOW, Defendant, GE Capital Retail Bank f/k/a GE Money Bank ("Defendant"), a foreign corporation, by and through its undersigned counsel, and hereby files its Notice of Removal of this action from the County Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, wherein it now pends, to the District Court of the United States for the Middle District of Florida, Tampa Division, and shows the Court as follows:

      1.      On January 5, 2012, Plaintiff filed a civil action in the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, styled <u>Margaret Mason v. GE Capital Retail Bank, f/k/a GE Money Bank and Jacob Law Group, PLLC</u>, Case No. 12-0110-CO-40, and the civil action is currently pending in the said Court.

2. On January 13, 2012, Defendant was served with the Summons and Complaint in the foregoing described civil action by service of process upon Defendant's designated agent for service of process, which thereafter provided a copy of said process to Defendant.

3. True and legible copies of all of the process, pleadings, orders and other papers or exhibits of every kind, on file in state court and known to have been served by, or upon Defendant, are attached hereto as composite exhibit "A," pursuant to 28 U.S.C. §1446(a) and Rule 4.02(b), Local Rules, United States District Court, Middle District of Florida. Defendant is aware of no further proceedings in the foregoing-described civil action.

4. This Court possesses jurisdiction over this matter pursuant to 28 U.S.C. §1441(b), as this civil action involves a federal question. Therefore, this action is removable to this Court.

5. Pursuant to 28 U.S.C. §1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." Moreover, 28 U.S.C. §1441(c) provides, in pertinent part, "[w]henever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed…"

6. Plaintiff's Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a *et seq.* The Fair Debt Collection Practices Act (the "FDCPA") arises under the laws of the United States. Therefore, pursuant to 28 U.S.C. §1441(b), those claims are removable without regard to the citizenship or residence of the parties.

7. Plaintiff's Complaint contains additional allegations that Defendant violated the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes. These allegations, as

well as the causes of action alleging violations of the FDCPA, arise from the same basic set of facts. Therefore, pursuant to 28 U.S.C. § 1441(c), the entire case may be removed.

8. Defendant has complied with all conditions precedent to removal.

9. Defendant has given written notice of the filing of this Notice of Removal to the Plaintiff by notifying her attorney of record, Ian R. Leavengood, 2958 First Avenue North, St. Petersburg, Florida 33713.

10. This Notice of Removal is filed with this Court within thirty (30) days after service upon Defendant of Plaintiff's Complaint in the foregoing described civil action; as a result, removal is timely and proper pursuant to the provisions of 28 U.S.C. Section 1446(b).

11. Defendant has complied with all conditions precedent to removal.

WHEREFORE, Defendant requests that the foregoing described civil action now pending in the County Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, be removed therefrom to this Court.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Michele F. Martin
Trial Counsel
Florida Bar No. 0474940
Smith, Gambrell & Russell, LLP
Bank of America Tower
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone: (904) 598-6131
Facsimile: (904) 598-6231
E-mail: mmartin@sgrlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to Ian R. Leavengood, 2958 First Avenue North, St. Petersburg, Florida 33713 by U.S. Mail this 26th day of January, 2012.

_____
Attorney