UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARET MASON, an individual,

    Plaintiff,

v.

CASE NO.: 8:12-CIV-175-T-33AEP

GE CAPITAL RETAIL BANK, f/k/a GE MONEY BANK, a savings association, and JACOB LAW GROUP, PLLC, a foreign limited liability company,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF SERVING NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Defendant, GE CAPITAL RETAIL BANK, f/k/a GE Money Bank, hereby gives notice of service of the Notice of Designation Under Local Rule 3.05, dated January 27, 2012, by serving one copy on counsel for Plaintiff, Ian R. Leavengood, Esq., Leavengood & Nash, P.A., 2958 First Avenue North, St. Petersburg, Florida 33713 and Dale T. Golden, Esq., Golden & Scaz, 201 North Armenia Avenue, Tampa, Florida 33609, counsel for Defendant Jacob Law Group, by electronic mail and U.S. Mail this 27th day of January, 2012.

    s/ Michele F. Martin
    Michele F. Martin
    Florida Bar No. 0474940
    SMITH, GAMBRELL & RUSSELL, LLP
    50 N. Laura Street, Suite 2600
    Jacksonville, Florida 32202
    Telephone: (904) 598-6131
    Facsimile: (904) 598-6231
    mmartin@sgrlaw.com

    *Attorneys for Defendant GE Capital Retail Bank*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been served by electronic mail and U.S. Mail to:

| | |
|---|---|
| Ian R. Leavengood, Esq. | Dale T. Golden, Esq. |
| Leavengood & Nash, P.A. | Golden & Scaz |
| 2958 First Avenue North | 201 North Armenia Avenue |
| St. Petersburg, Florida 33713 | Tampa, Florida 33609 |
| ileavengood@leavenlaw.com | dgolden@goldenscaz.com |

s/ Michele F. Martin