**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARGARET MASON, an individual,

      Plaintiff,

v.

Case No. 8:12-cv-175-VMC-AEP

GE CAPITAL RETAIL BANK, f/k/a
GE Money Bank, a savings association, et al.

      Defendants.
_____/

**NOTICE OF SETTLEMENT AND STIPULATION FOR**
**DISMISSAL WITH PREJUDICE AS TO JACOB LAW GROUP, LLC**

**COMES NOW**, Plaintiff, Margaret Mason (hereinafter "Plaintiff"), by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice as to Jacob Law Group, LLC*. Pursuant to Plaintiff's settlement with Jacob Law Group, LLC (hereinafter "JLG, LLC"), Plaintiff states as follows:

1. A confidential settlement has been reached between Plaintiff and JLG, LLC in the above-styled case.

2. Plaintiff's claims against JLG, LLC are being dismissed with prejudice.

3. Plaintiff and JLG, LLC shall bear their own attorney's fees and costs, subject to the settlement provisions that any Plaintiff's pro rata attorneys' fees and costs shall be paid from any settlement with JLG, LLC.

4. Plaintiff is submitting contemporaneously with this Stipulation for Dismissal a Motion to Remand this case back to the County Court in the Sixth Judicial Circuit in and for Pinellas County Florida.

5. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of JLG, LLC's counsel and JLG, LLC has no objection to the relief sought.

Submitted this 3rd day of May 2012.

Respectfully Submitted,

**LEAVENGOOD & NASH**

/s/ Ian R. Leavengood
**Ian R. Leavengood, Esq., FBN 0010167**
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice as to Jacob Law Group, LLC* has been furnished either electronically or by U.S. Mail this 3rd day of May 2012 to:

| | |
|---|---|
| Mr. Dale T. Golden | Ms. Michele F. Martin |
| Counsel for JLG, LLC | Counsel for GE Capital Retail Bank |
| Golden & Scaz, PLLC | Smith, Gambrell & Russell |
| 201 North Armenia Avenue | 50 North Laura Street, Suite 2600 |
| Tampa, FL 33609 | Jacksonville, FL 32202 |

/s/ Ian R. Leavengood
Attorney